Form 7C:5 Voluntary Dismissal – Order

# IN THE UNITED STATES COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CANYON CREEK VILLAGE CONDOMINIUMS HOMEOWNERS ASSOCIATION, INC.<br>      Plaintiff | § § § § § | |
| v. | § § § | CIVIL ACTION NO. 5:17-CV-00406-DAE |
| MID-CENTURY INSURANCE COMPANY<br>      Defendant | § § § | |

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

After considering the parties agreed Stipulation of Dismissal with Prejudice, the Court GRANTS the stipulation and dismisses the case with prejudice.

SIGNED on August 20, 2018.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

**RAIZNER SLANIA, LLP**

By:   /s/ Andrew P. Slania
Jeffrey L. Raizner
State Bar No. 00784806
Andrew P. Slania
State Bar No. 24056338
Amy B. Hargis
State Bar No. 24078630
2402 Dunlavy Street
Houston, Texas 77006
(713) 554-9099
(713) 554-9098 Facsimile
efile@raiznerlaw.com

**ATTORNEYS FOR THE PLAINTIFF**

And

**DOYEN SEBESTA, LTD., LLP**

By: */s/ Scot G. Doyen*
Scot G. Doyen
State Bar No. 00792982
sdoyen@ds-lawyers.com
Paragon Center One
450 Gears Road Suite 350
Houston, Texas 77067
(713) 580-8900
(713) 580-8910 Facsimile

**ATTORNEY FOR DEFENDANT**
**MID-CENTURY INSURANCE COMPANY**